PEOPLE OF PUERTO RICO, Plaintiff and Appellee, v. JUAN LÓPEZ GUILLAMA, Defendant and Appellant.

No. 4831. Argued June 8, 1933.—Decided July 11, 1933.

J. Valldejuli Rodríguez for appellant. R. A. Gómez, Fiscal, for appellee.

MR. JUSTICE WOLF delivered the opinion of the Court.

At Orocovis, Francisco Irlanda and José Torres engaged in a fight. It appears from the record that both were subsequently arrested. When this fight was going on a great multitude of persons assembled and along with them the defendant-appellant in this case, Juan López Guillama, a police-

man stationed at Orocovis. Other policemen also came up, one of the latter seized José Torres, who was on top and the defendant Juan López Guillama took hold of Francisco Irlanda. The evidence of the Government tended strongly to show that the defendant Juan López Guillama struck Francisco Irlanda several times. In the District Court of Ponce López Guillama was convicted of assault and battery and sentenced to pay a fine of ten dollars.

On appeal one of the principal contentions of the appellant is that these two fighting men were something like outlaws. The appellant, while not admitting that he was guilty of assaulting and battering Francisco Irlanda, maintains that the case was one which would have justified the intervention of the policeman in acting the way he did. To this contention we can in no way agree. The duty of a policeman is to use no more force than is necessary to make an arrest. The evidence is unquestioned that Francisco Irlanda made no resistance whatsoever to the policeman who attempted to arrest him. It is a minor matter that Juan López Guillama was related to Torres, who was also arrested at the time.

The appellant also makes some comment that this small fine may cause a policeman to be suspended or removed from his office, but this is a question not before the courts.

There was some conflict in the evidence, but there is nothing in the record which would enable this court to distinguish the assault and battery committed in this case from many others that ordinarily come before us. In other words, the District Judge of Ponce was the person best qualified to consider the conflicting evidence, and we find neither error nor prejudice.

The judgment appealed from should be affirmed.